Anne Johnson Palmer (CSB # 302235)
*anne.johnsonpalmer@ropesgray.com*
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, California 94111-4006
Tel.: (415) 315-6300
Fax: (415) 315-6350

John D. Donovan, Jr. (*pro hac vice*)
*john.donovan@ropesgray.com*
Robert A. Skinner (*pro hac vice*)
*robert.skinner@ropesgray.com*
Amy D. Roy (*pro hac vice*)
*amy.roy@ropesgray.com*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050

Attorneys for Defendant
T. ROWE PRICE ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ZOIDIS, et al., | Case No. 16-cv-02289-VC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| T. ROWE PRICE ASSOCIATES, INC., | AS MODIFIED |
| Defendant. | |

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiffs Christopher Zoidis, Howard |
| 2 | Gurwin, Kevin M. Heckman, Jacqueline Peiffer, Virginia A. Durand Trust, Charles L. Sommer |
| 3 | and Barbara L. Sommer (collectively, "Plaintiffs") and Defendant T. Rowe Price Associates, |
| 4 | Inc. ("T. Rowe Price") (collectively, the "Parties") hereby agree and stipulate that good cause |
| 5 | exists to request an order from the Court modifying the schedule for the Case Management |
| 6 | Statement and Initial Case Management Conference (Dkt. No. 16) ("Case Management |
| 7 | Schedule") and adjusting the related ADR deadlines. |
| 8 | **RECITALS** |
| 9 | WHEREAS, on April 27, 2016, Plaintiffs filed a Complaint alleging violations of federal |
| 10 | securities laws on behalf of eight separate mutual funds (Dkt. No. 1) against Defendant T. Rowe |
| 11 | Price; |
| 12 | WHEREAS, on May 18, 2016, upon reassignment of the case, the Court scheduled an |
| 13 | Initial Case Management Conference for August 2, 2016, and associated deadlines were |
| 14 | scheduled pertaining to the submission of a Case Management Statement, and to certain ADR |
| 15 | requirements, in accord with the Federal Rules of Civil Procedure and the Court's local rules; |
| 16 | WHEREAS, on June 22, 2016, Defendant T. Rowe Price filed a Motion to Transfer |
| 17 | Venue to the District of Maryland (Dkt. No. 25) and noticed the motion for hearing on August |
| 18 | 4, 2016; |
| 19 | WHEREAS, on July 1, 2016, Defendant T. Rowe Price filed a Motion to Dismiss |
| 20 | Plaintiffs' Complaint for Failure to State a Claim (Dkt. No. 34); |
| 21 | WHEREAS, the Court scheduled a hearing on Defendant's Motion to Dismiss for |
| 22 | August 25, 2016 (Dkt. No. 19); and |
| 23 | WHEREAS, as of August 2, 2016, the date currently scheduled for the initial Case |
| 24 | Management Conference, the Parties will have fully briefed Defendants' Motion to Transfer |
| 25 | Venue and will be in the midst of briefing on Defendants' Motion to Dismiss, the Parties submit |
| 26 | that it would be most efficient and economical for the Court and the Parties to continue the Case |
| 27 | Management Conference and related deadlines until a point in time after the pending motions |
| 28 | have been resolved by the Court. |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The July 26, 2016 deadline for filing the Case Management Statement and the August 2, 2016 Case Management Conference, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall be vacated and reset to a date after the Court rules on Defendants' Motion to Transfer Venue and/or Motion to Dismiss Plaintiffs' Complaint;

2. The Parties do not seek to reset these dates for the purpose of delay, and any adjustment in schedule will not have an effect on any pre-trial and trial dates, as the Court has yet to schedule these dates; and

3. The Parties respectfully request the Court's approval of this Order on the basis that it would be an inefficient use of the Court's time to consider the joint case management statement and convene the case management conference prior to the resolution of Defendants' motions, either of which could obviate the conference.

**SO STIPULATED AND AGREED TO BY:**

July 7, 2016

/s/ J. Michael Hennigan
J. Michael Hennigan
J. Michael Hennigan (CSB # 59491)
hennigan@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Courtland L. Reichman (CSB # 268873)
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065

Robin F. Zwerling (*pro hac vice*)
rzwerling@zsz.com
Jeffrey C. Zwerling (*pro hac vice*)
jzwerling@zsz.com
Susan Salvetti (*pro hac vice*)
ssalvetti@zsz.com
Andrew W. Robertson (*pro hac vice*)

|   |   |   |
|---|---|---|
| 1 | | arobertson@zsz.com |
| 2 | | Ana M. Cabassa-Torres (*pro hac vice*) |
| | | acabassa@zsz.com |
| 3 | | ZWERLING, SCHACHTER & ZWERLING, LLP |
| | | 41 Madison Avenue |
| 4 | | New York, NY 10010 |
| 5 | | |
| | | Attorneys for Plaintiffs Christopher Zoidis, |
| 6 | | Howard Gurwin, Kevin M. Heckman, Jacqueline Peiffer Virginia A. Durand Trust, Charles L. |
| 7 | | Sommer and Barbara L. Sommer |
| 8 | | |
| 9 | July 7, 2016 | /s/ Robert A. Skinner |
| 10 | | Robert A. Skinner |
| 11 | | Anne Johnson Palmer (CSB # 302235) |
| | | anne.johnsonpalmer@ropesgray.com |
| 12 | | ROPES & GRAY LLP |
| | | Three Embarcadero Center |
| 13 | | San Francisco, CA 94111-4006 |
| 14 | | John D. Donovan (*pro hac vice*) |
| | | *john.donovan@ropesgray.com* |
| 15 | | Robert A. Skinner (*pro hac vice*) |
| | | robert.skinner@ropesgray.com |
| 16 | | Amy D. Roy (*pro hac vice*) |
| | | amy.roy@ropesgray.com |
| 17 | | ROPES & GRAY LLP |
| | | Prudential Tower |
| 18 | | 800 Boylston Street |
| | | Boston, Massachusetts 02199-3600 |
| 19 | | |
| | | Attorneys for Defendant T. Rowe Price |
| 20 | | Associates, Inc. |

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Robert A. Skinner, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES. In compliance with Local Rule 5-1(i)(3), I hereby attest that J. Michael Hennigan has concurred in this filing.

Dated: July 7, 2016                  /s/ Robert A. Skinner
                                                       Robert A. Skinner

***

~~[PROPOSED]~~ **ORDER** AS MODIFIED

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: July 12, 2016  _____

THE HON. ~~VINCE CHHABRIA~~

The case management conference is rescheduled to September 6, 2016, at 1:30 p.m. The joint case management statement is due no later than August 30, 2016. All deadlines and ADR deadlines shall be adjusted in accordance with the initial case management conference date according to the FRCPs and Local Rules.

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*

# CERTIFICATE OF SERVICE

The undersigned certified that on July 7, 2016, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the Court's electronic filing system (ECF), in compliance with Civil L.R. 5-1. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

*/s/ Robert A. Skinner*
Robert A. Skinner