```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

CHRISTOPHER ZOIDIS, et al.      *

         Plaintiffs             *

     vs.                        * CIVIL ACTION NO. MJG-16-2786

T. ROWE PRICE ASSOCIATES, INC.  *

         Defendant              *

*       *       *       *       *       *       *       *       *
```

INITIAL SCHEDULING ORDER

Pursuant to the conference held this date with counsel:

1. The parties may commence discovery focused upon differences between the services rendered by T. Rowe Price Associates, Inc. to the affiliated funds on behalf of which the instant case has been brought ("the Eight Funds") and the 24 unaffiliated "sub-advised" funds that Plaintiffs allege are comparable.

2. The extent to which there would be further discovery regarding such matters as costs and profitability will be determined in due course.

SO ORDERED, this Thursday, April 27, 2017.

                                    /s/
                              Marvin J. Garbis
                           United States District Judge