

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Chambers of
J. Mark Coulson
U.S. Magistrate Judge

101 West Lombard Street
Baltimore, Maryland 21201
MDD_JMCChambers@mdd.uscourts.gov
Phone: (410) 962-4953
Fax: (410) 962-2985

May 22, 2017

LETTER TO ALL COUNSEL OF RECORD

Re: <u>Zoidis et al v. T. Rowe Price Associates, Inc.</u>
    Civil No. 16-02786-MJG

Dear Counsel:

      This case has been referred to me by Judge Garbis for discovery management. (ECF No. 93). This interim discovery order summarizes the Court's conference call with the parties on May 22, 2017 and other related matters.

(1) This case alleges that Defendant charged excessive fees for investment management services involving eight "affiliated funds" in violation of Section 36(b) of the Investment Company Act of 1940. Part of Plaintiffs' support for those allegations is the contention that the fees charged were more than Defendant charged for similar services to unaffiliated (or "subadvised") funds that Plaintiffs allege are comparable. Defendant counters, in part, that the services it rendered to the affiliated funds are different in significant respects from the services it rendered to the allegedly comparable subadvised funds, justifying a difference in fees. Judge Garbis, by his orders dated April 26, 2017 (ECF No. 94) and April 27, 2017 (ECF No. 95), has allowed discovery to commence, but he has limited its scope to focusing on the differences between the services Defendant rendered to the affiliated funds versus those rendered to the subadvised funds. I will refer to this as "Phase One Discovery." The extent to which there will be other phases of discovery addressing other matters (such as costs and profitability) will be determined in due course.

(2) Plaintiffs have propounded written discovery to Defendant, responses to which are due on or about June 1, 2017. Defendant has recently sent a draft of a proposed protective order along with a draft proposal governing the discover of Electronically Stored Information ("ESI"). Plaintiffs will

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

copy my chambers with their comments on those documents at the time that they send them to Defendant.

(3) The parties will submit a joint status report regarding their discovery progress and any intractable areas of disagreement by July 19, 2017. That report should be filed through the Court's electronic filing system along with a copy emailed to chambers: MDD_JMCCHAMBERS@mdd.uscourts.gov

(4) We will have a conference call on July 21, 2017 at 2:00 pm. The Court asks Defendant to set up a "call-in" number and disseminate that information in advance of the call.

(5) Discovery disputes are often costly and inefficient. It is my expectation that, given the well-qualified and experienced counsel on both sides, intractable discovery disputes should certainly be the exception. In the event a dispute arises, the parties should first attempt to work through any disagreements on their own through the meet and confer process in a solution-oriented way. However, if that is unsuccessful, the aggrieved party should file a concise letter to me outlining the disagreement and a proposed solution. The opposing party may file a concise letter response. These letters should be filed through the Court's electronic filing system along with a copy emailed to my chambers. I will then decide what the next steps will be.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,
/s/
J. Mark Coulson
United States Magistrate Judge

cc: Judge Garbis