

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Chambers of
J. Mark Coulson
U.S. Magistrate Judge

101 West Lombard Street
Baltimore, Maryland 21201
MDD_JMCChambers@mdd.uscourts.gov
Phone: (410) 962-4953
Fax: (410) 962-2985

June 21, 2017

### LETTER TO COUNSEL

**RE:**   *Zoidis et al v. T. Rowe Price Associates, Inc.*
**Case No: 1:16-cv-02786-MJG**

Dear Counsel:

Having reviewed both parties' recent correspondence (ECF Nos. 99, 100), the Court will not disturb the phased discovery plan set forth in its prior May 22nd order.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

J. Mark Coulson
United States Magistrate Judge

cc:  Judge Marvin J. Garbis
     Court File

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov