IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTOPHER ZOIDIS, et al., | ) |
| | ) |
| *Plaintiffs*, | ) Civil Action No. GLR-16-2786 |
| | ) |
| v. | ) |
| | ) |
| T. ROWE PRICE ASSOCIATES, INC., | ) |
| | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

**JOINT STATUS REPORT AND DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 26(f)(3), and in light of the above-captioned matter being

reassigned to Judge George Levi Russell, III, Plaintiffs Christopher Zoidis, Howard Gurwin, Kevin

M. Heckman, Jacqueline Peiffer, Charles L. Sommer, Barbara L. Sommer, Donald W. Broton, Jr.,

Arturo Molina, Jr., (together, "Plaintiffs") and Defendant T. Rowe Price Associates, Inc. ("T.

Rowe Price," and together with Plaintiffs, the "Parties") hereby submit the following Joint Status

Report and Discovery Plan, which supplements the Parties' prior joint status reports dated July 19,

2017 (ECF No. 106) and September 18, 2017 (ECF No. 107).

1.      **Statement of the Case**

Plaintiffs brought the above-captioned action on behalf of seven mutual funds[1] (the

"Sponsored Funds") alleging that T. Rowe Price violated its "fiduciary duty with respect to the

---

[1] The seven funds are: (i) T. Rowe Price Blue Chip Growth Fund; (ii) T. Rowe Price Capital Appreciation Fund; (iii) T. Rowe Price Equity Income Fund; (iv) T. Rowe Price Growth Stock Fund; (v) T. Rowe Price International Stock Fund; (vi) T. Rowe Price High Yield Fund; and (vii) T. Rowe Price New Income Fund. On March 1, 2018, Plaintiff Virginia A. Durand Revocable Trust was voluntarily dismissed from this action. Order Approving Stipulation of Dismissal (ECF No. 124). Accordingly, an eighth fund in which the Durand Trust was the only plaintiff-investor, the T. Rowe Price Small Cap Stock Fund, is no longer at issue in this case. *See* First Amended Compl. ¶ 21 (ECF No. 112).

receipt of compensation" under Section 36(b) of the Investment Company Act of 1940 by receiving excessive advisory fees from the Funds.  Plaintiffs further allege that the services provided by T. Rowe Price to its Sponsored Funds are substantially the same as those it provides to the twenty-seven (27) externally sponsored sub-advised funds referenced in the Complaint (the "Sub-advised Funds").  Plaintiffs seek, *inter alia*, to recover for the Sponsored Funds any allegedly excessive compensation that T. Rowe Price received.  Defendant's position is: (i) the advisory fees were not excessive; and (ii) as a threshold matter, services provided by Defendant to the Sponsored Funds are not substantially the same as those it provides to the Sub-advised Funds, and indeed involve many additional services not provided to the Sub-advised Funds.

## 2.      Subject Matter Jurisdiction

This case arises under the Investment Company Act of 1940, 15 U.S.C. § 80a-35(b), and the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.  On April 26, 2017, the case was referred to the Honorable J. Mark Coulson, United States Magistrate Judge for the District of Maryland, pursuant to 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States Court for the District of Maryland.  (ECF No. 93).

## 3.      Procedural Background: Phased Discovery

During the Parties' telephonic conference with Judge Garbis on April 26, 2017, T. Rowe Price proposed the use of phased discovery, beginning with the dispositive threshold question of whether T. Rowe Price provided the same or substantially the same services to the Sponsored Funds as it did the Sub-advised Funds.  After hearing argument from the Parties, Judge Garbis issued a letter ruling calling for phased discovery, whereby Phase I would be focused on the reasonableness of Plaintiffs' comparison of the fees charged to the Sponsored Funds and the allegedly comparable Sub-advised Funds.  Apr. 26, 2017 Order at 1 (ECF No. 94).

On April 27, 2017, the Court entered an Initial Scheduling Order, permitting the Parties to "commence discovery focused upon differences between the services rendered by T. Rowe Price Associates, Inc. to the affiliated funds on behalf of which the instant case has been brought . . . and the [27] unaffiliated "sub-advised" funds that Plaintiffs allege are comparable." Apr. 27, 2017 Initial Scheduling Order (ECF No. 95). Judge Garbis further ruled that "[t]he extent to which there would be further discovery regarding such matters as costs and profitability will be determined in due course." *Id.*; *see also* Apr. 27, 2017 Order (ECF No. 94).

On October 10, 2017, Plaintiffs requested that the Court revisit the use of phased discovery in light of the summary judgment ruling in a Section 36(b) action pending in the Central District of California, *Kennis v. Metropolitan West Asset Management, LLC*, No. CV-15-8162. Oct. 10, 2017 Correspondence (ECF No. 113). T. Rowe Price opposed. *See* Oct. 11, 2017 Response in Opposition (ECF No. 114). Three days later, on October 13, 2017, the Court reaffirmed the use of phased discovery and ordered that it "will not disturb the phased discovery plan set forth" in its prior order. Oct. 13, 2017 Order (ECF No. 115).

### 4.      Document Production

The Parties' Stipulation Regarding Discovery of Electronically Stored Information (the "ESI Agreement") was filed on June 27, 2017 (ECF No. 103) and approved by the Court on June 28, 2017. (ECF No. 104). While the Parties negotiated the custodians and search terms to be used for Electronically Stored Information ("ESI"), Defendant began making rolling productions of certain discrete requests from Plaintiffs' First Set of Requests for Production. Defendant made its first document production on July 7, 2017. Defendant made a total of eleven (11) productions in response to Plaintiffs' discrete document requests, totaling 2,237 documents and 107,628 pages, from July 7, 2017 through December 8, 2017.

The Parties reached a final agreement on ESI search terms and custodians on February 23, 2018.  Defendant made its first ESI production on June 11, 2018.  Defendant has made four ESI productions, totaling 69,018 documents and 474,073 pages, from June 11, 2018 to the present.  Defendant anticipates substantially completing document production on or about September 14, 2018.

**5.      Proposed Phase I Discovery Schedule**

The Court's May 22, 2017 discovery order did not specify deadlines for the completion of Phase I document, fact, or expert discovery.  The Parties propose entering the following schedule for the completion of Phase I document, fact, and expert discovery:

| Date | Event |
| --- | --- |
| September 14, 2018 | Substantial completion of Phase I document discovery |
| March 22, 2019 | Phase I fact discovery complete |
| May 6, 2019 | Parties serve expert reports |
| June 5, 2019 | Parties serve rebuttal expert reports |
| July 8 , 2019 | Phase I expert discovery complete |
| August 9, 2019 | Dispositive motions filed on Phase I issues |

Dated: August 29, 2018

/s/   Robert W. Mockler
Robin F. Zwerling (admitted *pro hac vice*)
*rzwerling@zsz.com*
Jeffrey C. Zwerling (admitted *pro hac vice*)
*jzwerling@zsz.com*
Susan Salvetti (admitted *pro hac vice*)
*ssalvetti@zsz.com*
Andrew W. Robertson (admitted *pro hac vice*)
*arobertson@zsz.com*
Ana Maria Cabassa (admitted *pro hac vice*)
*acabassa@zsz.com*
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, New York 10010
Tel: (212) 223-3900
Fax: (212) 371-5969

/s/   Robert A. Skinner
John D. Donovan (admitted *pro hac vice*)
*john.donovan@ropesgray.com*
Robert A. Skinner (admitted *pro hac vice*)
*robert.skinner@ropesgray.com*
Amy D. Roy (admitted *pro hac vice*)
*amy.roy@ropesgray.com*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050

Stuart M. Rennert, Federal Bar No. 28931
*srennert@mckoolsmith.com*
MCKOOL SMITH
1999 K Street NW, Suite 600
Washington, DC 20006
Tel: (202) 370-8300
Fax: (202) 370-8344

J. Michael Hennigan (admitted *pro hac vice*)
*hennigan@mckoolsmithhennigan.com*
Robert W. Mockler (admitted *pro hac vice*)
*rmockler@ mckoolsmithhennigan.com*
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Tel: (213) 694-1200
Fax: (213) 694-1234

Courtland L. Reichman (admitted *pro hac vice*)
MCKOOL SMITH HENNIGAN, P.C.
*creichman@mckoolsmith.com*
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1401
Fax: (650) 394-1422

Stephen J. Oddo (admitted *pro hac vice*)
*soddo@robbinsarroyo.com*
Jenny L. Dixon (admitted *pro hac vice*)
*jdixon@robbinsarroyo.com*
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 525-3991

Ira Neil Richards (admitted *pro hac vice*)
*irichards@schnader.com*
SCHNADER HARRISON SEGAL & LEWIS
LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 751-2503
Fax: (215) 751-2205

*Attorneys for Plaintiffs*

Ward B. Coe III, Federal Bar No. 00282
*wcoe@gejlaw.com*
Anatoly Smolkin, Federal Bar No. 18618
*asmolkin@gejlaw.com*
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland 21201
Tel: (410) 727-7702
Fax: (410) 468-2786

*Attorneys for Defendant, T. Rowe Price Associates, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2018 I caused a true and correct copy of the foregoing document to be served upon all counsel of record via the ECF system, and emailed a copy of the same to MDD_JMCCHAMBERS@mdd.uscourts.gov.

/s/   Robert A. Skinner
Robert A. Skinner
