IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTOPHER ZOIDIS, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. GLR-16-2786 |
| ) | |
| v. ) | |
| ) | |
| T. ROWE PRICE ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |

APPROVED
J. Mark Coulson  3/6/19
United States Magistrate Judge

**JOINT STIPULATION
TO DE-PHASE DISCOVERY AND SET AMENDED SCHEDULE**

Plaintiffs Christopher Zoidis, Howard Gurwin, Kevin M. Heckman, Jacqueline Peiffer, Charles L. Sommer, Barbara L. Sommer, Donald W. Broton, Jr., Arturo Molina, Jr., (together, "Plaintiffs") and Defendant T. Rowe Price Associates, Inc. ("T. Rowe Price," and together with Plaintiffs, the "Parties") file this Joint Stipulation to De-Phase Discovery and Set Amended Schedule (the "Joint Stipulation"). In support of the Joint Stipulation, the Parties respectfully state as follows:

This case is currently subject to phased discovery, with the first phase focused on whether T. Rowe Price provides the same or substantially the same services to the Sponsored Funds as it does the Subadvised Funds. *See* Apr. 26, 2017 Order at 1 (ECF No. 94); *see also* Apr. 27, 2017 Initial Scheduling Order at 1 (ECF No. 95) (permitting the Parties to "commence discovery focused upon differences between the services rendered by T. Rowe Price Associates, Inc. to the affiliated funds on behalf of which the instant case has been brought . . . and the . . . unaffiliated 'sub-advised' funds that Plaintiffs allege are comparable"); Oct. 13, 2017 Order at 1 (ECF No. 115).

1

After careful consideration, the Parties now jointly agree that the case should be "de-phased," *i.e.*, the Parties should take discovery of all relevant issues in a single phase of the case. The Parties believe that de-phasing the case is the most efficient and cost-effective way to proceed for both the Parties and the Court. This agreement is without prejudice to any party's position regarding whether T. Rowe Rice provides the same or substantially the same services to the Sponsored Funds as it does the Subadvised Funds.

Accordingly, the Parties jointly propose that the Court approve the de-phasing of discovery and enter the following schedule to govern further proceedings:

| Date | Event |
| --- | --- |
| August 27, 2019 | Substantial completion of document discovery |
| February 24, 2020 | Fact discovery complete |
| April 27, 2020 | Parties serve expert reports |
| June 1, 2020 | Parties serve rebuttal expert reports |
| July 1, 2020 | Expert discovery complete |
| August 3, 2020 | Dispositive motions due |

Dated: March 5, 2019

/s/   Andrew W. Robertson
Robin F. Zwerling (admitted *pro hac vice*)
rzwerling@zsz.com
Jeffrey C. Zwerling (admitted *pro hac vice*)
jzwerling@zsz.com
Susan Salvetti (admitted *pro hac vice*)
ssalvetti@zsz.com
Andrew W. Robertson (admitted *pro hac vice*)
arobertson@zsz.com
Ana Maria Cabassa (admitted *pro hac vice*)
acabassa@zsz.com
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, New York 10010
Tel: (212) 223-3900
Fax: (212) 371-5969

Stuart M. Rennert, Federal Bar No. 28931
srennert@mckoolsmith.com
MCKOOL SMITH
1999 K Street NW, Suite 600
Washington, DC 20006
Tel: (202) 370-8300
Fax: (202) 370-8344

J. Michael Hennigan (admitted *pro hac vice*)
hennigan@mckoolsmithhennigan.com
Robert W. Mockler (admitted *pro hac vice*)
rmockler@ mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Tel: (213) 694-1200
Fax: (213) 694-1234

Courtland L. Reichman (admitted *pro hac vice*)
MCKOOL SMITH HENNIGAN, P.C.
creichman@mckoolsmith.com
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1401
Fax: (650) 394-1422

Stephen J. Oddo (admitted *pro hac vice*)

/s/   Robert A. Skinner
John D. Donovan (admitted *pro hac vice*)
john.donovan@ropesgray.com
Robert A. Skinner (admitted *pro hac vice*)
robert.skinner@ropesgray.com
Amy D. Roy (admitted *pro hac vice*)
amy.roy@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050

Ward B. Coe III, Federal Bar No. 00282
wcoe@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland 21201
Tel: (410) 727-7702
Fax: (410) 468-2786

*Attorneys for Defendant, T. Rowe Price Associates, Inc.*

3

*soddo@robbinsarroyo.com*
Jenny L. Dixon (admitted *pro hac vice*)
*jdixon@robbinsarroyo.com*
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 525-3991

Ira Neil Richards (admitted *pro hac vice*)
*irichards@schnader.com*
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 751-2503
Fax: (215) 751-2205

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, I caused a true and correct copy of the foregoing document to be served upon all counsel of record via the ECF system, and emailed a copy of the same to MDD_JMCCHAMBERS@mdd.uscourts.gov.

/s/ Robert A. Skinner
Robert A. Skinner