IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| CHRISTOPHER ZOIDIS, et al., | ) |
| | ) |
| *Plaintiffs*, | ) Civil Action No. GLR-16-2786 |
| | ) |
| v. | ) |
| | ) |
| T. ROWE PRICE ASSOCIATES, INC., | ) |
| | ) |
| *Defendant*. | ) |

**JOINT STIPULATION
TO SET AMENDED SCHEDULE**

Plaintiffs Christopher Zoidis, Howard Gurwin, Jacqueline Peiffer, Charles L. Sommer, Barbara L. Sommer, Donald W. Broton, Jr., Arturo Molina, Jr., (together, "Plaintiffs") and Defendant T. Rowe Price Associates, Inc. ("T. Rowe Price," and together with Plaintiffs, the "Parties") file this Joint Stipulation to Set Amended Schedule (the "Joint Stipulation"). In support of the Joint Stipulation, the Parties respectfully state as follows:

This case was originally subject to phased discovery. *See* Apr. 26, 2017 Order at 1 (ECF No. 94); *see also* Apr. 27, 2017 Initial Scheduling Order at 1 (ECF No. 95); Oct. 13, 2017 Order at 1 (ECF No. 115). On March 6, 2019, the Court approved the Parties' joint stipulation to de-phase discovery and set an amended schedule. *See* Mar. 6, 2019 Order at 1 (ECF No. 131).

In October 2019, the Parties sought the Court's resolution regarding a discovery dispute, agreeing that extensions of the fact discovery deadline and subsequent deadlines would likely be necessary, depending on the Court's ruling. *See* ECF Nos. 137, 138, 139. On October 23, 2019, the Court issued an opinion with respect to the discovery dispute and directed that the parties "confer regarding any necessary adjustments to the schedule and attempt to agree on a joint

1

proposal for the Court's consideration." *See* Oct. 23, 2019 Order at 4 (ECF. No. 140).  The parties have conferred and agreed on the joint proposal set forth below.

Accordingly, the Parties jointly propose that the Court enter the following schedule to govern further proceedings:

| Date | Event |
| --- | --- |
| February 14, 2020 | Substantial completion of document discovery |
| August 14, 2020 | Fact discovery complete |
| October 16, 2020 | Parties serve expert reports |
| November 18, 2020 | Parties serve rebuttal expert reports |
| January 22, 2021 | Expert discovery complete |
| February 19, 2021 | Dispositive motions due |

Dated: January 24, 2020

/s/ *Andrew W. Robertson*
Robin F. Zwerling (Admitted *Pro Hac Vice*)
Jeffrey C. Zwerling (Admitted *Pro Hac Vice*)
Susan Salvetti (Admitted *Pro Hac Vice*)
Andrew W. Robertson (Admitted *Pro Hac Vice*)
Ana M. Cabassa-Torres (Admitted *Pro Hac Vice*)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com
acabassa@zsz.com

/s/ *Robert A. Skinner*
John D. Donovan (Admitted *Pro Hac Vice*)
Robert A. Skinner (Admitted *Pro Hac Vice*)
Amy D. Roy (Admitted *Pro Hac Vice*)
**ROPES & GRAY LLP**
Prudential Tower 800 Boylston Street
Boston, Massachusetts 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
john.donovan@ropesgray.com
robert.skinner@ropesgray.com
amy.roy@ropesgray.com

Jonathan Ference-Burke, Fed. Bar No. 20824
**ROPES & GRAY LLP**
2099 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
jonathan.ference-burke@ropesgray.com

Stuart M. Rennert (Bar No. 28931)
**MCKOOL SMITH**
1999 K Street NW, Suite 600
Washington, DC 20006
Telephone: (202) 370-8300
Facsimile: (202)370-8344
srennert@mckoolsmith.com

J. Michael Hennigan (Admitted *Pro Hac Vice*)
**MCKOOL SMITH HENNIGAN, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
hennigan@mckoolsmithhennigan.com

Stephen J. Oddo (Admitted *Pro Hac Vice*)
Jenny L. Dixon (Admitted *Pro Hac Vice*)
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
soddo@robbinsarroyo.com
jdixon@robbinsarroyo.com

Ira Neil Richards (Admitted *Pro Hac Vice*)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2503
Facsimile: (215) 751-2205
irichards@schnader.com

*Counsel for Plaintiffs*

Ward B. Coe III, Federal Bar No. 00282
**GALLAGHER EVELIUS & JONES LLP**
218 North Charles Street, Suite 400
Baltimore, Maryland 21201
Telephone: (410) 727-7702
Facsimile: (410) 468-2786
wcoe@gejlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, I caused a true and correct copy of the foregoing document to be served upon all counsel of record via the ECF system, and emailed a copy of the same to MDD_JMCCHAMBERS@mdd.uscourts.gov.

                                              /s/ *Robert A. Skinner*
                                              Robert A. Skinner